# BERNSTEIN CLARKE & MOSKOVITZ

11 Park Place, Suite 914, New York, New York 10007
www.bcmlaw.com   Tel. (212) 321-0087   Fax (917) 722-0930

Andrew M. J. Bernstein
Lance A. Clarke
Joshua S. Moskovitz

September 18, 2018

**BY ECF**

Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Batista* et al. *v. City of New York* et al., 14-cv-6530 (RRM) (JO)

Your Honor,

I write on behalf of the Plaintiffs to request a trial date for this case. The proposed Joint Pretrial Order was submitted over a year ago, on September 11, 2017 (ECF Doc. 56). On September 12, 2017, Magistrate Judge Orenstein certified that the action is "ready for trial" (ECF Doc. 57). We previously wrote to Your Honor on November 20, 2017, on January 24, 2018, and on April 27, 2018, requesting a final pretrial conference and a trial date.

We appreciate the Court's attention to this request.

Respectfully,

Joshua S. Moskovitz

cc:   All Counsel of Record (by ECF)